Exchange National Bank of Chicago, as Trustee under Trust No. 2264, Z. Albert Joseph and E. Sumner Walker, Plaintiffs-Appellants, v. City of Chicago, a Municipal Corporation and Advertising, Inc., Defendants-Appellees.

Gen. No. 47,227.

First District, Second Division.
April 29, 1958.
Released for publication May 21, 1958.

Maurice J. Nathanson (Howard B. Bryant, and Jack M. Siegel, of counsel) for plaintiffs-appellants; John C. Melaniphy, Corporation Counsel of City of Chicago, Tenny, Sherman, Bentley & Guthrie (Sydney R. Drebin, Assistant Corporation Counsel, S. Ashley Guthrie, and Philip G. Meyers, of counsel) for defendants. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.